624

452 A.2d 25

DeAngelis v. Commonwealth Land Title Ins.

Appeal of Edwin K. Daly and Jeanne G. Daly.

Reargument Denied Nov. 19, 1982.

Petition for Allowance of Appeal
Denied Jan. 17, 1983.

Argued March 20, 1980. Edwin K. Daly, Jr., appellant, in propria persona; Raymond T. Cullen, no appearance entered nor briefs submitted on behalf of appellees; Harry P. Begier, Jr., participating party, in propria persona.

Before PRICE, CAVANAUGH and WATKINS, JJ.

The orders of April 20, 1976, June 4, 1976 and May 19, 1976 are affirmed.

450 A.2d 1055

Eaton Credit Corp., Appellant v. Economy Industrial.

Argued January 12, 1982. John Wesley Jorden, for appellant; Edward C. Leckey, for appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.